# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK SECURITY TECHNOLOGIES, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>MCAFEE, INC.,<br><br>               Defendant. | **Civil Action No. 1:17-cv-1489-RGA** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their designated counsel, that all claims be, and hereby are, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) with each party to bear its own costs, expenses and legal fees incurred to date.

| | |
|---|---|
| Dated: March 22, 2018 | Respectfully submitted, |
| DEVLIN LAW FIRM LLC | SHAW KELLER LLP |
| By: */s/ Timothy Devlin* | By: */s/ Karen E. Keller* |
| Timothy Devlin (#4241) | John W. Shaw (No. 3362) |
| tdevlin@devlinlawfirm.com | Karen E. Keller (No. 4489) |
| 1306 N. Broom St., 1st Floor | Nathan R. Hoeschen (No. 6232) |
| Wilmington, Delaware 19806 | I.M. Pei Building |
| Telephone: (302) 449-9010 | 1105 North Market Street, 12th Floor |
| Facsimile: (302) 353-4251 | Wilmington, DE 19801 |
| | (302) 298-0700 |
| *Attorneys for Plaintiff* | jshaw@shawkeller.com |
| *Network Security Technologies, LLC* | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |

OF COUNSEL:
Ryan J. McBrayer
Kyle M. Amborn
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Nancy Cheng
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4325

*Attorneys for Defendant McAfee, Inc.*

      SO ORDERED this _____ day of March, 2018.

_____
U.S. District Court Judge