IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK SECURITY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE, INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-1489-RGA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their designated counsel, that all claims be, and hereby are, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs, expenses and legal fees incurred to date.

Dated: March 22, 2018

DEVLIN LAW FIRM LLC

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
tdevlin@devlinlawfirm.com
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Network Security Technologies, LLC*

Respectfully submitted,

SHAW KELLER LLP

By: */s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
Ryan J. McBrayer
Kyle M. Amborn
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Nancy Cheng
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4325

*Attorneys for Defendant McAfee, Inc.*

SO ORDERED this 22 day of March, 2018.

_____
U.S. District Court Judge